**Continuing Abatement Order filed March 8, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00750-CV
_____

**NATIONSTAR MORTGAGE LLC; HSBC BANK USA, N.A; BANK OF AMERICA, N.A; AND FIDELITY NATIONAL TITLE INSURANCE COMPANY, Appellants**

**V.**

**JOAN MAURI BAREFOOT, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2014-39628**

## CONTINUING ABATEMENT ORDER

On December 21, 2021 we abated this appeal upon motion of the parties to allow for settlement negotiations. On February 17, 2022 the parties, with the exception of Bank of America, N.A., filed a motion with this court stating that the parties were still negotiating settlement and requested that we continue the abatement of this appeal. That motion is granted.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **May 4, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.